IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY MIMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv645-MHT |
| | ) | (WO) |
| OFFICER CARDARO MELTON, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

This matter is before the court on plaintiff Timothy Mims's notice of service (doc. no. 32), which he submitted in response to the court's order to show cause (doc. no. 29) why his claims against defendants Officer Cardaro Melton, Captain John Hutton, and Warden Leon Bolling and should not be dismissed without prejudice for lack of timely service. Based on the record, it appears that plaintiff attempted to serve these defendants by having the clerk's office mail a copy of the summons and complaint to these defendants

at their employers' address.  *See* Alias Summons (doc. nos. 27, 28).

As the court requires briefing on whether this is sufficient service of process, it is ORDERED that plaintiff submit a legal brief by March 12, 2019, that explains, with citations to the Federal Rules of Civil Procedure and any other relevant law, (1) the applicable requirements for service of process on individuals and (2) whether the mailing of the summons and complaint to defendants' employer complies with those rules.

DONE, this the 4th day of March, 2019.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**