IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY MIMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv645-MHT |
| | ) | (WO) |
| OFFICER CARDARO MELTON, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

It is ORDERED that:

(1) Plaintiff Timothy Mims's motion to dismiss voluntarily and without prejudice (doc. no. 35) is granted.

(2) Plaintiff Mims's claims against defendants Officer Cardaro Melton, Captain John Hutton, and Warden Leon Bolling are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a), and said defendants are terminated as parties to this action.

This case is not closed.

DONE, this the 18th day of March, 2019.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE